**Order entered January 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00907-CV

**IN THE INTEREST OF A.Q.M., A CHILD\**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF09-12865**

## ORDER

The Court has before it appellant's December 21, 2012 agreed motion for extension of time to file appellant's reply brief. The Court **GRANTS** the motion and **ORDERS** appellant to file any reply brief within three days of the date of this order.

/s/     MOLLY FRANCIS
        JUSTICE